

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00158-CV

CANDICE SCHWAGER, Appellant

V.

CAROL ANNE MANLEY, DAVID PETERSON, AND SILVERADO SENIOR
LIVING, INC. D/B/A SILVERADO LIVING CENTER–SUGAR LAND, Appellees

Appeal from the Probate Court No. 1 of Harris County, Texas (Tr. Ct. No. 427, 208-401)

**TO THE PROBATE COURT NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 7th day of April, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the unopposed motion to dismiss this appeal filed by the appellant, Candice Schwager. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.
>
> It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.
>
> It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered April 7, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 12, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

